IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO NEL OSPINA HINCAPIE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 25-cv-03934-MMC<br><br>**ORDER DISMISSING ACTION** |

　　On August 28, 2025, Magistrate Judge Donna Ryu filed a Report and Recommendation, whereby said Magistrate Judge recommends that the above-titled action be dismissed for failure to file a First Amended Complaint ("FAC") after the initial Complaint was dismissed for failure to state a claim.

　　By order filed September 22, 2025, this Court afforded plaintiff additional time to file an FAC, the new deadline being October 20, 2025, and plaintiff was advised that his failure to do so would result in dismissal for failure to state a claim.  Plaintiff has not filed an FAC.

　　Accordingly, the above-titled action is hereby DISMISSED for failure to state a claim.

　　**IT IS SO ORDERED.**

Dated: October 28, 2025

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge